# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Santiago Abreau

                Plaintiff,

v.                                    Case No.: 1:15–cv–08453
                                    Honorable James B. Zagel

Luma LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 6, 2016:

      MINUTE entry before the Honorable James B. Zagel: Pursuant to the parties' Joint Stipulation [21], this matter is dismissed with prejudice and with both sides to bear their own fees and costs. All previously set dates including the status date of 6/9/16 are vacated. Civil case terminated. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.